# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 2 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
DETRA BRADY

WAIVER FOR REMOVAL

CASE NUMBER: 08-3007-M

I, _____ Detra Brady _____, understand that in Eastern District of Missouri, charges are alleging violation _____ of conditions of supervised release _____ and that I have arrested in this District and taken before United States Magistrate Judge Byron G. Cudmore who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, (4) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution, (5) my right to remain silent, (6) the statutory maximum penalties (if applicable), and (7) my right to seek release (bail) if detention is not ordered.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  ) identity hearing
(  ) preliminary hearing
(  ) detention hearing
(  ) identity hearing and have been informed I have no right to a preliminary hearing
(X) identity hearing but request a preliminary hearing be held in the prosecuting district
(X) request detention hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I ELECT not to request transfer of these proceedings to the Central District of Illinois pursuant to Rule 20.

__2/22/08__
Date

__Detra Brady__
Defendant

__2/28/08__
Date
s/ Byron G. Cudmore

s/ Daniel T. Cook
Defense Counsel

Accepted by _____
Byron G. Cudmore, U.S. Magistrate Judge