

# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

February 22, 2008

U.S. District Clerk's Office
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3.300
St. Louis, MO 63102


RE:  Central District of Illinois Case Number:  08-3007-M
      Eastern District of Missouri Case Number:  4:03cr00408

Dear Clerk:

On February 22, 2008, defendant Detra Brady appeared before U.S. Magistrate Judge Byron G. Cudmore on charges pending out of your district.  Defendant Brady was ordered detained. Enclosed are certified copies of the docket sheet, Waiver of Removal, and Commitment to Another District.

This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain copies of any documents that you may need in opening your file.   We have assigned a login and password for district courts to use in accessing this information. The login is:   **xxxxxxxxx** and the password is: **xxxxxxxx**. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of transfer on the enclosed copy of this letter.

If you should need further assistance, please do not hesitate to contact  the Clerk's Office  at 217/492-4020.


Very truly yours,

PAMELA E. ROBINSON, CLERK

By: _____s/D. Meadows_____
Deputy Clerk

Enclosure(s)
PER/


Receipt Acknowledged on:_____
By:_____
Attention District Court Clerks:
**Please REMOVE LOGIN and PASSWORD when DOCKETING into CMECF**.