RECEIVED
BY MAIL
FEB 28 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS



# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

February 22, 2008

U.S. District Clerk's Office
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3.300
St. Louis, MO 63102



FILED
MAR 0 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Central District of Illinois Case Number: 08-3007-M
    Eastern District of Missouri Case Number: 4:03cr00408

Dear Clerk:

On February 22, 2008, defendant Detra Brady appeared before U.S. Magistrate Judge Byron G. Cudmore on charges pending out of your district. Defendant Brady was ordered detained. Enclosed are certified copies of the docket sheet, Waiver of Removal, and Commitment to Another District.

This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain copies of any documents that you may need in opening your file. We have assigned a login and password for district courts to use in accessing this information. The login is: xxxxxxxxx and the password is: xxxxxxxx. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of transfer on the enclosed copy of this letter.

If you should need further assistance, please do not hesitate to contact the Clerk's Office at 217/492-4020.

Very truly yours,

PAMELA E. ROBINSON, CLERK

By: _____s/D. Meadows_____
Deputy Clerk

Enclosure(s)
PER/

Receipt Acknowledged on: 2/29/08
By: _Melanie Ciesz_____
Attention District Court Clerks:
**Please REMOVE LOGIN and PASSWORD when DOCKETING into CMECF.**